F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. '09 - CV - 00133 BNB

JAN 2 8 2009

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

MICHAEL PEPPER FREITAS #47968,

     Plaintiff,

v.

BEVERLY DOWIS, Director of Medical Providers,
KATHY LOVELL, Assistant, Medical Person,
BARRY A. GOLDSMITH, SCF Physician, and
JOANIE SHOEMAKER, Dir. of DOC Clinical Services, in their, personal, official and
     individual capacities,

     Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

     Plaintiff has submitted a Prisoner Complaint, and a Certificate of Service. He

has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit

for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if he wishes to pursue his claims. Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __X__ is not submitted
(2) ____ is missing affidavit
(3) ____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ____ is missing required financial information
(5) ____ is missing an original signature by the prisoner
(6) ____ is not on proper form (must use the court's current form)
(7) ____ names in caption do not match names in caption of complaint, petition or habeas application
(8) ____ An original and a copy have not been received by the court.
     Only an original has been received.
(9) __X__ other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application**:

(10) ____ is not submitted
(11) ____ is not on proper form (must use the court's current form)
(12) ____ is missing an original signature by the prisoner
(13) ____ is missing page nos. ____
(14) ____ uses et al. instead of listing all parties in caption
(15) ____ An original and a copy have not been received by the court. Only an original has been received.
(16) ____ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ____ names in caption do not match names in text
(18) ____ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form(s): Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 22d day of January, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '09 - CV - 00133

Michael Pepper Freitas
Reg No. 47968
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 form** to the above-named individuals on _1/26/09_

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk