IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00133-ZLW

MICHAEL PEPPER FREITAS,

  Plaintiff,

v.

BEVERLY DOWIS, Director of Medical Providers,
KATHY LOVELL, Assistant, Medical Person,
BARRY A. GOLDSMITH, SCF Physician, and
JOANIE SHOEMAKER, Dir. of DOC Clinical Services,

  Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 9 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Michael Pepper Freitas has filed **pro se** on May 11, 2009, a "Motion to Vacate Order Dismissing the Above Enumerated Case and Allowing Plaintiff to Proceed." Mr. Freitas asks the Court to reconsider and vacate the Court's Order of Dismissal and the Judgment entered in this action on March 25, 2009. The Court must construe the motion liberally because Mr. Freitas is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the motion will be construed liberally as a motion to reconsider. For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243

(10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). **See id.** at 1243. Mr. Freitas' motion to reconsider, which was filed more than ten days after the Judgment was entered in this action, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. **See Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action without prejudice because Mr. Freitas failed to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. In fact, after he was ordered to file an amended complaint because his original complaint was found lacking, Mr. Freitas merely refiled a copy of the original complaint and argued that it was not deficient.

In the motion to reconsider, Mr. Freitas argues that he did comply with the pleading requirements of the Federal Rules of Civil Procedure and that the Court did not construe his complaint liberally. Mr. Freitas recognizes that this action was dismissed without prejudice and that he is free to initiate a new action, but he argues that he cannot afford to pay the filing fee for another action. Therefore, he asks the Court either to reopen this action or to allow him to file a new action without payment of another filing fee.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Freitas fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action.

The Court has explained to Mr. Freitas in detail how the complaint he filed failed to comply with the pleading requirements of the Federal Rules of Civil Procedure. Furthermore, Mr. Freitas was provided with explicit instructions regarding the information he was required to provide in order to comply with Rule 8 and he chose to ignore those instructions. Therefore, the Court will not reopen the instant action. With respect to his alternative request, the Court lacks authority to waive the filing fee for a new civil action. *See* 28 U.S.C. § 1915(b)(1) ("if a prisoner brings a civil action . . . in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee"). Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Motion to Vacate Order Dismissing the Above Enumerated Case and Allowing Plaintiff to Proceed" filed on May 11, 2009, is denied.

DATED at Denver, Colorado, this 28 day of May, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-00133-BNB

Michael Pepper Freitas
Reg No. 47968
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

       I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on **5/29/09**

                                                    GREGORY C. LANGHAM, CLERK

                                                    By: _____
                                                              Deputy Clerk